AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
12/15/2020
Clerk, U.S. District Court
Western District of Texas

_____
by: J. Hinojos
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:20-M -01278(1) |
| | § | |
| (1) Sergio Guadalupe Cano-Holguin | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 13, 2020** in **Jeff Davis** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title _____**8**_____ United States Code, Section(s) _____**1326**_____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Sergio Guadalupe CANO-Holguin, was arrested by Marfa Border Patrol Agents, on December 13, 2020, for being an illegal alien present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Complaint sworn to telephonically on
_December 15, 2020_____ and signed electronically.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

/s/  PINSON, MYCHAL
_____
Signature of Complainant
Border Patrol Agent

December 15, 2020
_____
Date

at   PECOS, Texas
_____
City and State

DAVID B. FANNIN
_____
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -01278(1)

WESTERN DISTRICT OF TEXAS

(1) Sergio Guadalupe Cano-Holguin

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on May 9, 2015, through EAGLE PASS INTL BRIDGE. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on May 9, 2015, through EAGLE PASS INTL BRIDGE


CRIMINAL HISTORY:
04/25/1998, Lea County, NM, Forgery(F), CNV, 3 years prison (suspended except for 6 months), 2 years parole.
02/29/2012, El Paso, TX, THEFT PROP >=$1500 < $20K(F), CNV, 7 months jail.
09/22/2014, USDC New Mexico, 8 USC 1326(F), CNV, 12 months and 1 day prison,.